**K&L Gates LLP**
10100 Santa Monica Boulevard Eighth Floor
Los Angeles, CA  90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

Saman M. Rejali (SBN 274517)
saman.rejali@klgates.com
Vannie Karapetian (SBN 324274)
Vannie.karapetian@klgates.com

Attorneys for Defendant LABCORP EARLY DEVELOPMENT LABORATORIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA SQUITIERO<br><br>Plaintiff,<br><br>v.<br><br>LABCORP EARLY DEVELOPMENT LABORATORIES, INC., a Corporation; BLACK CORPORATION; WHITE COMPANY; and DOES 1 to 100, inclusive and each of them<br><br>Defendants. | Case No. 3:23-cv-04627<br><br>**DEFENDANT LABCORP EARLY DEVELOPMENT LABORATORIES, INC.'S FRCP 7.1 DISCLOSURE STATEMENT** |

316477385.2

1

**RECYCLED PAPER**

1 | Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Labcorp Early Development Laboratories, Inc. states as follows: Labcorp Early Development Laboratories, Inc. is a wholly owned subsidiary of Laboratory Corporation of America Holdings.

K&L GATES LLP

Dated:  September 9, 2023          By:   */s/ Vanuhi Karapetian*
                                         Saman M. Rejali
                                         Vanuhi Karapetian

                                         Attorneys for Defendant LABCORP EARLY DEVELOPMENT LABORATORIES, INC.